

③

MHN

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** ANTHONY ROBINSON

**Defendant(s):** ERIC WILSON, etc

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Anthony Robinson
#19209-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**
Chief of Criminal Appeals
Attorney General's Office
100 West Randolph, 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV4174
JUDGE KENDALL
MAGISTRATE JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** /s/

**Date:** 7/23/08

FILED
JUL 2 1 2008 TC
7-21-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT