# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4174 | **DATE** | July 24, 2008 |
| **CASE TITLE** | Anthony Robinson (#19209-424) vs. Eric Wilson | | |

**DOCKET ENTRY TEXT:**

Petitioner is granted twenty-one days in which either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. The Clerk is directed to send Petitioner an application to proceed *in forma pauperis*. If Petitioner fails to comply within twenty-one days of the date of this order, the Court will summarily dismiss this action.

■ **[For further details see text below.]**      Docketing to mail notices.

## STATEMENT

     Although the Clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $5.00 filing fee nor filed a petition for leave to proceed *in forma pauperis*. If Petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The Clerk is directed to send Petitioner an *in forma pauperis* application. If Petitioner fails either to pay the filing fee or file a fully completed application to proceed without prepayment of costs and fees within twenty-one days, the Court will summarily dismiss this action.

     Petitioner is reminded that he must provide the Court with the original plus a judge's copy of every document filed.

mjm