# United States District Court
## Northern District of Illinois
### Eastern Division

ROBINSON  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 08 C 4174

WILSON

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the habeas petition is dismissed for lack of jurisdiction

Michael W. Dobbins, Clerk of Court

Date: 9/3/2008  _____
/s/ J. Smith, Deputy Clerk